1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | | |
|---|---|---|
| JOSIF JURCOANE, | ) | Case No. CV 05-8677 GW(JC) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| DERRICK L. OLLISON, Warden, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

_____

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: December 31, 2010

_____

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE